## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LILIA Y. PAGAN,        :     No. 3:17cv0317
     **Plaintiff**     :
                        :     **(Judge Munley)**
      **v.**           :
                        :     **(Magistrate Judge Carlson)**
NANCY A. BERRYHILL,    :
**Acting Commissioner of SSA,**  :
     **Defendant**     :

## ORDER

**AND NOW**, to wit, this _17th_ day of November 2017, we have before us

for disposition Magistrate Judge Martin C. Carlson's report and recommendation

(Doc. 17), which proposes this case be remanded for reconsideration of the

plaintiff's application.

No objections to the report and recommendation have been filed, and the

time for such filing has passed. Moreover, the government has waived the

opportunity to file objections. (Doc. 18). Therefore, in deciding whether to adopt

the report and recommendation, we shall determine if a review of the record

evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory

Committee Notes ("When no timely objection is filed, the court need only satisfy

itself that there is no clear error on the face of the record to accept the

recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d

1077, 1085 (3d Cir. 1983).

After a careful review, we find neither a clear error on the face of the record nor a manifest injustice, and therefore, we shall adopt the report and recommendation. It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 17) is **ADOPTED**;

2) The Clerk of Court is directed to remand this case for further proceedings in accordance with the report and recommendation; and

3) The Clerk of Court is directed to enter judgment in favor of plaintiff and close this case.

**BY THE COURT:**

**JUDGE JAMES M. MUNLEY**
**United States District Court**